**Bernard FICQ, Plaintiff–Appellant,**

v.

**TEXAS INSTRUMENTS, INCORPO-RATED, a Delaware Corporation; Thomas J. Engibous, Individually and in his Official Capacity as Chairman of the Board, President, and Chief Executive Officer of Texas Instruments, Inc.; Richard K. Templeton, Individually and in his Official Capacity as Executive Vice President and Chief Operating Officer of Texas Instruments, Incorporated, and President of the Semiconductor Group of Texas Instruments, Incorporated, Defendants–Appellees.**

No. 04–10670.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 1, 2004.

Bernard Ficq, #2734, Dallas, TX, pro se.

Eric Julian Mayer, Susman Godfrey, Houston, TX, for Defendants–Appellees.

Before DAVIS, SMITH and DENNIS, Circuit Judges.

PER CURIAM: *

Proceeding *pro se,* Bernard Ficq alleges only two federal claims against his former employer, Texas Instruments, Inc., and two of its officers: intentional discrimination under 42 U.S.C. § 1981 and conspira-

cy under 42 U.S.C. § 1985. He claims he was unlawfully terminated on the basis of his "status as a U.S. citizen."

Based on the thorough findings and recommendation of the magistrate judge, the district court dismissed Ficq's federal claims with prejudice and his state claims without prejudice. The judgment of dismissal is AFFIRMED, essentially for the reasons given by the magistrate judge.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.